UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                                  Case No.: 1:14–cr–00402
                                                      Honorable Virginia M. Kendall

Freddie L Harvey, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 22, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:as to Freddie L Harvey, Status hearing held on 10/22/2015 and continued to 10/30/2015 at 10:00 AM. Time is hereby excluded to 10/30/2015 pursuant to 18:3161(h)(7)(B)(iv). Defendant to submit their position paper by 10/29/2015. Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.