IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America<br><br>Plaintiff(s),<br><br>v.<br><br>Freddie Harvey<br><br>Defendant(s). | Case No. 14 cr 402-1<br>Judge Virginia M. Kendall |

## **ORDER**

(T:45)

Status hearing held. Change of plea hearing held. Defendant withdraws plea of not guilty and enters a blind plea as to count one (1). Order cause referred to the probation office for presentence investigation. The Court accepts the plea today. Sentencing set for 2/4/2016 @ 10:00 a.m. Sentencing position papers by 1/21/2016. Responses/objections by 1/28/2016. Final pretrial conference dates set for 11/23/2015 and jury trial set for 11/30/2015 are stricken.

Date: 10/30/2015

_____
Virginia M. Kendall
United States District Judge